441 A.2d 763

Commonwealth ex. rel. Ermel v. Ermel, Appellant.

Reargument Denied March 12, 1982.

Submitted January 28, 1981. Malcolm M. Limongelli, for appellant; Ettore S. Agolino, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Orders affirmed.